Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811

Attorneys for Defendants
AMERICAN STAFFING OF NEVADA, INC. AND
AMERICAN STAFFING, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBETTE COUSINEAU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STAFFING OF NEVADA, INC., a domestic corporation; AMERICAN STAFFING, INC., a foreign corporation; EXEL, INC. d/b/a DHL SUPPLY CHAIN, a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01046-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff BOBETTE COUSINEAU ("Plaintiff") and Defendants AMERICAN STAFFING OF NEVADA, INC. and AMERICAN STAFFING, INC., (jointly referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have until **June 18, 2021** to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed with the Petition of Removal on June 2, 2021 (ECF No. 1) and served on May 6, 2021.  The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on or before **June 18, 2021**.

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: June 9, 2021

Respectfully submitted,

/s/ Christian Gabroy, Esq.
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
BOBETTE COUSINEAU

Dated: June 9, 2021

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AMERICAN STAFFING OF NEVADA, INC.
and AMERICAN STAFFING, INC.

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
DATED: June 11, 2021