Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Emil S. Kim, Bar No. 14894
ekim@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendants
AMERICAN STAFFING OF NEVADA, INC. AND
AMERICAN STAFFING, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BOBETTE COUSINEAU, an individual,

Plaintiff,

v.

AMERICAN STAFFING OF NEVADA, INC., a domestic corporation; AMERICAN STAFFING, INC., a foreign corporation; EXEL, INC. d/b/a DHL SUPPLY CHAIN, a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,

Defendants.

Case No.: 2:21-cv-01046-RFB-BNW

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION, WITH PREJUDICE**

Plaintiff BOBETTE COUSINEAU, Defendants AMERICAN STAFFING OF NEVADA, INC.[1] and AMERICAN STAFFING, INC., and Defendant EXEL, INC. d/b/a DHL SUPPLY CHAIN, by and through their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties further agree that each party shall bear its own costs and attorneys' fees. The parties to this stipulation agree that none of them shall be deemed to be a prevailing party in this action and that none will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law,

[1] This entity is a d/b/a of Defendant employer American Staffing, Inc.

whether local, state, or federal in any forum that would be available.

Dated: September 28, 2021

Respectfully submitted,

*/s/ Kaine Messer*
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
BOBETTE COUSINEAU

Dated: September 28, 2021

Respectfully submitted,

*/s/ Z. Kathryn Branson*
Z. KATHRYN BRANSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AMERICAN STAFFING OF NEVADA, INC. and AMERICAN STAFFING, INC.

Dated: September 28, 2021

Respectfully submitted,

*/s/ Todd M. Seaman*
ANTHONY C. WHITE, ESQ. (*admitted pro hac vice*)
TODD M. SEAMAN, ESQ. (*admitted pro hac vice*)
THOMPSON HINE LLP

KELLY H. DOVE, ESQ.
HOLLY E. CHEONG, ESQ.
SNELL & WILMER, L.L.P.

Attorneys for Defendant
EXEL, INC. d/b/a DHL SUPPLY CHAIN

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II

DATED this 29th day of September, 2021.